**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

BENJAMINE MICHAEL THOMPSON,  )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Petitioner,  )
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　)　　Case No. CIV-09-878-M
　　　　　　　　　　　　　　　　　)
GREG WILLIAMS, Warden,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Respondent.  )

**ORDER**

　　　On August 12, 2009, petitioner, who is proceeding, *pro se* filed this action pursuant to 28 U.S.C.§ 2254.  On November 13, 2009, Respondent's Response to Petition for Writ of Habeas Corpus [docket no. 12] was filed.  On June 4, 2010, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action.  The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied.  Petitioner was advised of his right to object to the Report and Recommendation on or before June 24, 2010.  On July 24, 2010, petitioner filed his objection.

　　　Having carefully reviewed petitioner's objection and the case file in this matter, the Court finds, for the reasons set forth in the Report and Recommendation, that petitioner's petition for writ of habeas corpus should be denied.  Accordingly, the Court:

　　(1)　　ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 4, 2010;

　　(2)　　DENIES the Petition for Writ of Habeas Corpus; and

　　(3)　　ORDERS that judgment in favor of respondent issue forthwith.

　　　**IT IS SO ORDERED this 29th day of July, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE